

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LABOE LABRADO, | § | No. 08-23-00271-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| AURORA LEGARRETA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016DCV0016) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* Tex. R. App. P. 43.5, for performance of the judgment and all costs of appeal, both in this Court and the court below and that this decision be certified below for observance.

IT IS SO ORDERED this 30th day of May 2025.


LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.